MARY C. EAGER, Appellant, *v.* NEW YORK RAPID TRANSIT CORPORATION, Respondent.

(Argued January 16, 1936; decided January 31, 1936.)

*Morris Pottish, Elias Bernstein* and *Harold M. Weiss* for appellant.

*Harold L. Warner* and *George D. Yeomans* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.